

**Entered on Docket**
**October 20, 2010**

*[signature]*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
*Attorney for Debtors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | CASE NO.: BK-S 10−13624 BAM |
|---|---|
| FITZGERALD, RANDY | IN CHAPTER 11 PROCEEDINGS |
| FITZGERALD, TERESA | Date: November 16, 2010 |
| Debtors. | Time: 9:00 a.m. |

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

A disclosure statement under chapter 11 of the Bankruptcy Code having been filed by Debtors in Possession, RANDY & TERESA FITZGERALD, on September 3, 2010, referring to a first amended plan under chapter 11 of the Code filed by Debtors in Possession, RANDY & TERESA FITZGERALD, on October 7, 2010; and

It having been determined after hearing on notice that the disclosure statement contains adequate information:

IT IS ORDERED, and notice is hereby given, that:

A. The disclosure statement filed by Debtors in Possession, RANDY & TERESA FITZGERALD, dated September 3, 2010 is approved.

B. November 9, 2010 is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

C. On October 8, 2010, the plan, dated October 7, 2010, the disclosure statement dated September 3, 2010, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee, as provided in Fed. R. Bankr. P.3017(d).

D. If acceptances are filed for more than one plan, preferences among the plans so accepted may be indicated.

E. November 16, 2010 at 9:00 a.m. is fixed for the hearing on confirmation of the plan.

F. November 9, 2010 is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the plan.

DATED this 8th day of October, 2010.

Respectfully submitted,

PIET & WRIGHT

By: /s/ Charles T. Wright
CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
*Attorney for Debtors*

## ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

( ) The court has waived the requirement set forth in LR 9021 (b)(1)'
( X ) No party appeared at the hearing or filed an objection to the motion.
( ) I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:
( ) I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.